IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-MJ-1420-KS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CYNTHIA M. RIVERA-KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's request for appointment of counsel pursuant to 18 U.S.C. § 3006A. Having carefully considered the matter, the court finds that the information provided by defendant fails to demonstrate that defendant is financially eligible for appointment of counsel. Defendant's request is, therefore, DENIED without prejudice. Should circumstances change or should there exist additional information demonstrating that defendant is financially unable to obtain representation, defendant may renew the request at the appropriate time.

This 28th day of April 2015.

_____
KIMBERLY A. SWANK
United States Magistrate Judge